**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| R.I.,<br><br>            Petitioner,<br><br>      v.<br><br>MINGA WOFFORD, Mesa Verde ICE Processing Center Facility Administrator, et al.,<br><br>            Respondents. | Case No. 1:25-cv-01637 KES SKO (HC)<br><br>ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE<br><br>Doc. 16 |

Petitioner R.I. brought a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, asserting a violation of his due process rights under the Fifth Amendment. *See generally* Doc. 1.

On November 24, 2025, Petitioner filed a motion for temporary restraining order. Doc. 2. The Court converted the motion into one for a preliminary injunction, granted the preliminary injunction, and ordered Respondents to release Petitioner. The Court referred the matter to the magistrate judge for further proceedings. Doc. 12. The parties declined to submit additional briefs prior to adjudication of the petition. Docs. 14, 15.

On February 4, 2026, the magistrate judge recommended the Court grant the petition for writ of habeas corpus for the reasons stated in the order granting the preliminary injunction and in other analogous cases. *See* Doc. 16 at 2 (citing *Ramazan M. v. Andrews*, No. 1:25-CV-01356-KES-SKO (HC), 2025 WL 3145562 (E.D. Cal. Nov. 10, 2025); *N.T. v. Wofford*, No. 1:25-CV-

1

02083-KES-SKO (HC) (E.D. Cal. Jan. 8, 2026)).

The Court served the findings and recommendations on the parties and informed them that any objections were due within 21 days.  Doc. 16 at 2.  The Court also advised the parties that the failure to file objections would result in the waiver of certain rights on appeal.  *Id.*  Neither Petitioner nor Respondents filed objections, and the time to do so has expired.

Consistent with 28 U.S.C. § 636(b)(1), the Court conducted a de novo review.  Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.  The Court ORDERS:

1.    The findings and recommendations issued on February 4, 2026 (Doc. 16), are ADOPTED in full.

2.    The petition for writ of habeas corpus is GRANTED.

3.    If the government seeks to re-detain Petitioner R.I., it SHALL provide no less than seven (7) days' notice to Petitioner and hold a pre-deprivation bond hearing before a neutral arbiter pursuant to section 1226(a) and its implementing regulations, at which Petitioner's eligibility for bond must be considered.

4.    The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:    May 2, 2026

_____
UNITED STATES DISTRICT JUDGE